Grace L. Seaborn and Delma Mink, Substituted for R. E. Seaborn, Deceased, Appellants, v. Town of Hadley, Pike County, Illinois, Appellee.

Gen. No. 9,448.

Heard in this court at the

334

February term, 1945; opinion filed February 28, 1945; released for publication March 27, 1945. Graham & Graham, for appellants; A. W. Schimmel, for appellee. Opinion by JUSTICE RIESS. Not to be published in full.